|   |   |   |
|---|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney | **FILED** |
| 2 | MICHAEL D. ANDERSON<br>Assistant U.S. Attorney | JUL 23 2012 |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| 4 | Telephone: (916) 554-2758 | BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | S.W. NO. 12-SW-232-GGH |
| 2894 Funston, Tracy, CA. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | [PROPOSED] ORDER<br>FOR UNSEALING WARRANT AND<br>SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: July 20, 2012

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge